IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WARREN PASCHAL, JR., | : |
| Plaintiff, | : |
| v. | : Case No. 4:24-cv-101-CDL-AGH |
| Doctor JOSHUA MASDON, *et al.*, | : |
| Defendants. | : |

## ORDER

On July 3, 2024, Plaintiff Warren Paschal, Jr., filed an unsigned *pro se* complaint (ECF No. 1), and on August 30, 2024, the Court received Plaintiff's signed complaint (ECF No. 3). However, Plaintiff failed to pay the filing fee or submit a motion to proceed without payment of the filing fees. Before this action can continue, Plaintiff must either pay the required $405.00 filing fee or file a motion for leave to proceed *in forma pauperis* ("IFP"). Plaintiff must comply with this directive within **FOURTEEN (14) DAYS** of the date of this Order. The Clerk is **DIRECTED** to forward the non-prisoner long form IFP application to Plaintiff along with a copy of this Order.

**SO ORDERED** and **DIRECTED**, this 6th day of September, 2024.

  s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE